IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ROBLES, | ) | 1:08cv1297 BAK DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 14) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On April 8, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before April 19, 2009.

IT IS SO ORDERED.

Dated: **April 15, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1