1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ROBLES, | Case No. 1:08-cv-01297-BAK |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to appellant's opening brief. The Assistant Regional Counsel assigned to this case is out of the office due to family medical problems. The current due date is May 20, 2009. The new due date will be June 20, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time, 1:08-cv-01297-BAK        Page 1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: 5/20/09 | /s/ Laura E. Krank (as authorized by e-mail May 20, 2009) |
| 3 | | LAURA E. KRANK |
| | | Attorney at Law |
| 4 | | |
| 5 | | Attorney for Plaintiff |
| 6 | DATE: 5/20/09 | LAWRENCE G. BROWN |
| | | Acting United States Attorney |
| 7 | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| 8 | | |
| 9 | | By: /s/ Leo R. Montenegro |
| | | LEO R. MONTENEGRO |
| | | Special Assistant U.S. Attorney |
| 10 | | |
| 11 | | Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:    May 20, 2009**            /s/ **Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE